IH-32                                                                                                      Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

### Full Caption of Later Filed Case:

**SEAN BEST**

| Plaintiff<br><br>vs.<br><br>THOMAS GRIFFIN, Superintendent, Green Haven Correctional Facility<br><br>Defendant | Case Number<br><br>15-cv-4073 |
|---|---|

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

**SEAN BEST**

| Plaintiff<br><br>vs.<br><br>CITY OF NEW YORK DEPARTMENT OF CORRECTION, CLINTON CORRECTIONAL FACILITY, DOWNSTATE CORRECTIONAL FACILITY, and DOES 1 THROUGH 50<br><br>Defendant | Case Number<br><br>13-cv-00163 |
|---|---|

IH-32

Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

The earlier filed case is currently in the discovery phase. The parties are also engaged in settlement discussions. Mr. Best will be filing a Fourth Amended Complaint on May 29, 2015.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly-filed case challenges Mr. Best's confinement as unconstitutional. The earlier-filed case raises challenges to the conditions of Mr. Best's confinement.

Signature: _____   Date: May 28, 2015

Firm: Sullivan & Worcester LLP