UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Sean Best,

                         Plaintiff(s),                    15 Civ. 4073 (CM) (AJP)

                                                            ORDER OF REFERENCE
         -against-                                  TO A MAGISTRATE JUDGE

Thomas Griffin,
                        Defendant(s).
------------------------------------------------------------X

The above entitled action is referred to the Honorable Andrew J. Peck, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| \_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | \_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| \_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:* | \_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ✓ Habeas Corpus |
| | \_\_\_\_\_ Social Security |
| \_\_\_ Settlement* | \_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| \_\_\_\_\_ Inquest After Default/Damages Hearing | Particular Motion:_____ |
| | All such motions:_____ |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/15

* Do not check if already assigned for general pretrial.

Dated: June 15, 2015
       New York, New York

                                                  SO ORDERED:

                                                  Hon. Colleen McMahon
                                                  United States District Judge