UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| SEAN BEST, | : | |
| | : | **NOTICE OF APPEARANCE** |
| Petitioner, | : | |
| | : | |
| - against - | : | 15-CV-4073 (CM)(AJP) |
| | : | |
| THOMAS GRIFFIN, Superintendent, | : | |
| Green Haven Correctional Facility, | : | |
| | : | |
| Respondent. | : | |

---------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned appears on behalf of respondent. All papers are to be served upon counsel at the address indicated below.

          ERIC T. SCHNEIDERMAN
          Attorney General of the
          State of New York
          Attorney for Respondent
          120 Broadway
          New York, New York 10271

          /s/ Priscilla Steward_____
          PRISCILLA STEWARD  (PS 1931)
          Assistant Attorney General
          120 Broadway
          New York, New York 10271
          Priscilla.Steward@ag.ny.gov
          (212) 416-8737

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SEAN BEST,                                              :
                                                        :
                       Petitioner,                       :
                                                        :
                  - against -                       :        15-CV-4073 (CM)(AJP)
                                                        :
THOMAS GRIFFIN, Superintendent,                         :
Green Haven Correctional Facility,                      :
                                                        :
                       Respondent.                       :
---------------------------------------------------------------x

## **DECLARATION OF SERVICE**

      PRISCILLA STEWARD, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows: that on July 6, 2015, she served respondent's Notice of Appearance on petitioner's counsel, Franklin B. Velie and Siobhan Briley, by filing it on the Court's electronic filing system.

                                           /s/ Priscilla Steward
                                       PRISCILLA STEWARD   (PS 1931)
                                       Assistant Attorney General
                                       120 Broadway
                                       New York, New York 10271
                                       (212) 416-8737

Executed on July 6, 2015