

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

CRIMINAL APPEALS &
FEDERAL HABEAS CORPUS BUREAU

July 6, 2015

**BY ECF**
Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *Best v. Griffin,*
       15-CV-4073 (CM)(AJP)

Your Honor:

    I am an Assistant Attorney General in the office of Eric T. Schneiderman, Attorney General of the State of New York, attorney for respondent in the above-referenced habeas corpus matter.  I write to inform the Court that respondent does not consent to decision on petitioner's habeas corpus petition by a United States Magistrate Judge.

Respectfully submitted,

/s/ Priscilla Steward
Priscilla Steward (PS 1931)
Assistant Attorney General
Priscilla.Steward@ag.ny.gov
(212) 416-8737

Page 2

cc (by ECF):  Franklin B. Velie
               Siobhan Briley
               Attorneys for Petitioner