UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Sean Best

                         Plaintiff,        Case No. 15-cv-4073-CM-AJP

    -against-

Thomas Griffin           Defendant.
-------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Siobhan Briley**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SB-3046    My State Bar Number is 4825857

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sullivan & Worcester LLP
                  FIRM ADDRESS: 1633 Broadway, New York, NY 10019
                  FIRM TELEPHONE NUMBER: 212-660-3000
                  FIRM FAX NUMBER: 212-660-3001

NEW FIRM:    FIRM NAME: Siobhan Briley, Esq.
                  FIRM ADDRESS: 1902 Algonquin Road, Iowa City, IA
                  FIRM TELEPHONE NUMBER: 917-697-3089
                  FIRM FAX NUMBER:

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: Oct. 20, 2015

                                              ATTORNEY'S SIGNATURE