

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

CRIMINAL APPEALS &
FEDERAL HABEAS CORPUS BUREAU

December 3, 2015

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

         Re: *Best v. Griffin*,
            15-CV-4073 (CM)(AJP)

Your Honor:

  I am an Assistant Attorney General in the office of Eric T. Schneiderman, Attorney General of the State of New York, attorney for respondent in the above-referenced habeas corpus matter. On November 6, 2015, Magistrate Judge Andrew J. Peck recommended that the habeas petition be denied and that a certificate of appealability not be issued. Petitioner has filed objections to the Report & Recommendation and reiterates the same arguments he asserted in his original filing. For the reasons set forth in the Magistrate Judge's thorough report as well as the arguments made in respondent's memorandum of law, respondent asks that the Court reject petitioner's objections and adopt the Report & Recommendation.

           Respectfully submitted,

          /s/ Priscilla Steward
          Priscilla Steward (PS 1931)
          Assistant Attorney General
          Priscilla.Steward@ag.ny.gov
          (212) 416-8737

cc (via ECF):	Franklin B. Velie, Esq.
	Counsel for Petitioner Sean Best
	Sullivan & Worcester LLP
	1633 Broadway
	New York, NY 1001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JAMALUDDIN ALMAHDI,                                :
                                                                         :
                                            Petitioner,    :
                                                                         :
                 - against -                            :         15-CV-7522 (PGG)(GWG)
                                                                         :
THE ATTORNEY GENERAL OF THE        :
STATE OF NEW YORK and C. RABSATT, :
SUPERINTENDENT,                                 :
                                                                         :
                                            Respondent. :
------------------------------------------------------------------x

## DECLARATION OF SERVICE

PRISCILLA STEWARD, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows: that on November 20, 2015, she mailed respondents' letter request for an extension of time to petitioner via the United States Postal Service to the following address:

> Jamaluddin Almahdi
> 14-R-0108
> Riverview Correctional Facility
> P.O. Box 247
> Ogdensburg, NY 13669

> /s/ Priscilla Steward
> PRISCILLA STEWARD   (PS 1931)
> Assistant Attorney General
> 120 Broadway
> New York, New York 10271
> (212) 416-8737

Executed on November 20, 2015