UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SEAN BEST,                                  :
                                            :
                Petitioner,  :  **NOTICE OF MOTION**
                                            :
                - against -   :  15-CV-4073 (CM)(AJP)
                                            :
THOMAS GRIFFIN, Superintendent,             :
Green Haven Correctional Facility,          :
                                            :
                Respondent.  :
------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law filed by Priscilla Steward, Esq., an Assistant Attorney General, of counsel to Eric T. Schneiderman, the Attorney General of the State of New York, respondent Superintendent Thomas Griffin, moves this Court to reconsider and rescind its December 23, 2015 Order directing petitioner's trial counsel to file an affidavit in response to the habeas corpus petition in the above-referenced habeas corpus matter. This motion will be heard at the United States Courthouse or on submission on a date and at a time to be determined by this Court.

Dated:      New York, New York
              January 4, 2016

                                                    By: /s/ Priscilla Steward
                                                    PRISCILLA STEWARD (PS 1931)
                                                    Assistant Attorney General
                                                    120 Broadway
                                                    New York, New York 10271
                                                    (212) 416-8737
                                                    Priscilla.Steward@ag.ny.gov

To:    Clerk of the United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Siobhan Briley, Esq.
Franklin B. Velie, Esq.
Counsel for Petitioner Sean Best
Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019